AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

SEALED

FILED
SEP 16 2024
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL VERNON PINSON, JR. | ) Case No. | 3:24-CR-00149 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

REC'D USMS HUNTINGTON, WV
SEP 10 2024 PM 12:22

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL VERNON PINSON, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18 USC 922(g)(1) and 924(a)(8) - Felon in possession of firearm

Date:   09/10/2024

*Issuing officer's signature* — Roy L. Ruy #/SKM

City and state:   Huntington, WV

Rory L. Perry II, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   9/12/24  , and the person was arrested on *(date)*   9/16/24
at *(city and state)*   Huntington, WV   .

Date:   9/16/24

*Arresting officer's signature*

Jeffrey S. Baker   SSA ATF
*Printed name and title*